## UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

In Re: Brandon Ellard
Debtor

Case No.: 18–04971
Chapter 7

Terrie S. Owens, As Trustee

**Plaintiff(s)**

**v.**

Adv. Proc. No. 20–01008

Brandon Ellard

**Defendant(s)**

Judge: HENRY A. CALLAWAY

### ORDER SETTING SCHEDULING CONFERENCE

Notice is hereby given that a scheduling conference in the above–styled adversary proceeding is set before the undersigned bankruptcy judge on:

**Date:** 3/24/20

**Time:** 08:30 AM

**Location:** Courtroom Two, 201 St. Louis Street, Mobile, AL 36602

**All parties or their attorneys must attend.**

The parties should have their calendars at hand and be prepared to discuss the matters set out in Fed. R. Civ. P. 16(c)(2), including discovery, trial setting, alternative dispute resolution, and consent to the bankruptcy court's entry of a final order. The parties are excused from preparing a discovery plan under Fed. R. Civ. P.26(f). Unless otherwise ordered, the parties may not seek discovery from any source until after the pretrial conference, and responses to any discovery propounded before then are not due until 30 days after the pretrial conference.

Dated: 1/21/20

HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE

Owens, As Trustee,
      Plaintiff

Adv. Proc. No. 20-01008-HAC

Ellard,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 1128-1      User: kjones      Page 1 of 1      Date Rcvd: Jan 21, 2020
                    Form ID: osprtcon      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
dft          +Brandon Ellard,   7248 Magnolia Ave.,   Theodore, AL 36582-6158
pla          Terrie S. Owens, As Trustee,   c/o Cloud, Willis & Ellis, LLC,   PO Box 7308,
             Mobile, AL  36670-0308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
        E.B. Harrison Willis   on behalf of Plaintiff Terrie S.  Owens, As Trustee
        hwillis@cloudwillis.com,  ebhw@yahoo.com
                                        TOTAL: 1